No. 110. JOHNSON, RECEIVER, ET AL. *v.* KANSAS CITY. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

618

*Mr. Frederick H. Wood* for petitioners. *Mr. Marcy K. Brown, Jr.*, for respondent.